RECEIVED
DEC 23 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LYONEL LOVE EL )
) CASE NO. 1:24-cv-13173
Plaintiff ) Judge Alexakis
V. ) Magistrate Judge Kim
) RANDOM CAT 2
PERRY SOOK, LEE ANN GLIHA )
)
Defendants. )

**COMPLAINT**

Comes now the Plaintiff, Your Affiant, being of sound mind and over the age of 21 under the Penalty of Perjury states the following facts:

Plaintiff goal is to remand this case to the Supreme Court For The United States of America and/or the International Court System for remedy for the amount demanded in the complaint $25,000,000.00.

1. Noble Drew Ali, affectionately known as Prophet Noble Drew Ali, who is the greatest American Patriot that the world has never known who has taught the whole world the truth about the Moors, Moorish Americans, being the mothers and fathers of civilizations instead of the misnomers of negroes, colored folks, black people, Eithiopians, etc,.
2. If a survey of a hundred random citizens was given within any major city within the United States of America, one would be hard pressed to find 10 Moorish American citizens that have heard of Noble Drew Ali, but ironically in stark contrast Dr. Martin Luther King. Jr has become a household name with his birthday being a national holiday.
3. In the year of 1986 Chicago Mayor Harold Washington was the first to officially give recognition that was long overdue in the form of a Proclamation which was followed up by Mayor Rahm Emmanuel in 2011 stating the following:

Office of the Mayor
City of Chicago
PROCLAMATION

WHEREAS, the Moorish Americans are the descendants of ancient Moabites, Hamitites, and Canaanites who were permitted by the Old Pharaohs of Kemet to traverse from East Africa and later formed themselves kingdoms extending from the Northwestern and Southwestern shores of Africa, the Atlantic Islands onto the Present day Continental Americas; and

**WHEREAS, the Indigenous Moorish Peoples of the Americas are now united in order to link themselves with the family of nations, and**

**WHEREAS, the Moorish Americans, being aboriginal to the North, South, and Central Americas, have formed a Sovereign Theocratic Government guided by the command principles of Love, Truth, Peace, Freedom, and Justice through virtue of the Universal Right of self-determination as well as with the Declaration of the Rights of Indigenous Peoples guaranteed in the Charter, and**

**WHEREAS, on January 8, 1886, Noble Drew Ali, was born in the State of North Carolina destined to become the first Patriot of his mentally enslaved Moorish American People. In 1912 he was later anointed as "El Hajj Sharif Abdul Ali" by the Heads of Egypt and the Holy City of Mecca to return to the United States as the Last Prophet and Founding Father of the newly risen Nation of Moorish Americans. As a result of the 13th Amendment, Moorish people were emancipated from slavery in 1865:**

**NOW THEREFORE, I, RAHM EMANUEL, MAYOR OF THE CITY OF CHICAGO, do hereby proclaim January 8-15, 2012, to be MOORISH AMERICAN WEEK IN CHICAGO, and urge all residents to recognize the events planned for this time.**

**Dated this 22nd day of December, 2011.**

**Signed Rahm Emanuel**
**MAYOR**

4. **Your Affiant, has for better or worse, taken on the massive corrupted media complex and its systemic annual avalanche of lies who have sought to suppress the works of one who was destined to redeem his people from mental slavery and wilfully ignore, and to weaponize the system against anyone who would dare to challenge the status quo.**
5. **Your Affiant has experienced hardship of epic proportions due to the actions of an ignorant majority being isolated and denied access due to fake poverty and fake news.**
6. **Your Affiants' family has been divided due to COINTELPRO tactics with one side being given opportunities to grow being gainfully employed while the others have been forced to endure extreme fake poverty for holding fast to the faith and principles the Founder, Prophet Noble Drew Ali, who instructed the members to Love instead of to hate.**

**APPLICABLE LAWS TO GOVERN CASE AND THE SPECIFIC PERFORMANCE OF THE EXPRESS TRUST OF DOCUMENT NO. 10105905 RECORDED AS THE LARGEST LAND TRUST RECEIVING PERMISSION AS THE PRESENT MOROCCAN EMPIRE AS THE HEIRS TO THE VAST ESTATE**

7. **The Articles of Association: First Continental Congress of the United States of America, 1774.**
8. **The Declaration of Independence: Second Continental Congress of the United States of America, 1776.**
9. **The Articles of Confederation for the United States of America, Agreed to by Congress November 15, 1777; ratified and in force, March 1, 1781.**
10. **The Northwest Ordinance, territories to become republic forms of government, in force since July 13, 1787.**
11. **The Constitution for the United States of America, inaugurated in New York City on March 4, 1789.**
12. **The Bill of Rights, Amendments I through X, adopted by Congress on September 30th, 1789.**
13. **The Original Organic Constitution For the State of Illinois of 1818, and admission to the Union on August 26, 1818.**
14. **Document # 10105905, Recorded on August 1, 1928 @ 2:52 PM Book 521, Page 79 Affidavit of Organization-Religious Corporation.**

**PLAINTIFF PUTS COURT ON MANDATORY JUDICIAL NOTICE OF PLAINTIFFS' BIRTHRIGHTS AND STATUS AS A TRUE AMERICAN CITIZEN, INTENTION TO ESTABLISH MOORISH AMERICAN WEEK AS A HOLIDAY FROM THE 8TH THROUGH THE 15TH OF JANUARY AS A NATIONAL WEEK OFF INCLUSIVE OF DREW ALI AND MLK. JR.**

15. To make the Moorish hordes aware of the importance and the significance of the contributions Noble Drew Ali as a patriot whose role in securing the international Mandate receiving recognition amongst the nations of the Earth was one of the most monumental accomplishments of the modern era changing the trajectory of the Moorish American Nation.
16. Due to the systemic setbacks imposed upon a whole nation of people the remedy of restoring and making the Moorish contributions valid belongs to the Biden and/or the Trump administration beyond should it prove to be necessary.

17. Ignorance of the law is no excuse and let the record reflect that the Trump administration contributed to the ignorance of the annual avalanche of lies as well which will no longer be tolerated regardless of the administration.

*********ALL RIGHTS RESERVED AS THE SUCCESSORS TO THE PME- THE LOVE EL ADMINISTRATION*********

## CHAPTER XLV
## THE DIVINE ORIGIN OF THE ASIATIC NATIONS

**1. The fallen sons and daughters of the Asiatic Nation of North America need to learn to love instead of hate; and to know their higher self and lower self. This is the uniting of the Holy Koran of Mecca, for teaching and instructing all Moorish Americans, etc. 2. The key of civilization was and is in the hands of the Asiatic nations. The Moorish, who were ancient Moabites, and the founders of the Holy City of Mecca. 3. The Egyptians who were the Hamathites, and of a direct descendant of Mizraim, the Arabians, the seed of Hagar, Japanese and Chinese. 4. The Hindoos of India, the descendants of the ancient Canaanites, Hittites, and Moabites of the land of Canaan. 5. The Asiatic nations of North, South, and Central America: the Moorish Americans and Mexicans of North America, Brazilians, Argentinians and Chilians in South America. 6. Columbians, Nicaraguans, and the natives of San Salvador in Central America, etc. All of these are Moslems. 7. The Turks are the true descendants of Hagar, who are the chief protectors of the Islamic Creed of Mecca; beginning from Mohammed the First, the founding of the uniting of Islam, by the command of the great universal God--Allah.**

## CHAPTER XLVI
## THE BEGINNING OF CHRISTIANITY

**1. The foundation of Christianity began in Rome. The Roman nations founded the first Church, of whom crucified Jesus of Nazareth for seeking to redeem His people from under the Roman yoke and law. 2. Jesus himself was of the true blood of the ancient Canaanites and Moabites and the inhabitants of Africa. 3. Seeking to redeem His people in those days from the pressure of the pale skin nations of Europe, Rome crucified Him according to their law. 4. Then Europe had peace for a long time until Mohammed the First came upon the scene and fulfilled the works of Jesus of Nazareth. 5. The holy teaching of Jesus was to the common people, to redeem them from under the great pressure of the hands of the unjust. That the rulers and the rich would not oppress the poor. Also that the lion and the lamb may lay down together and neither would be harmed when morning came. 6. These teachings were not accepted by the rulers, neither by the rich; because they loved the principles of the ten commandments. 7. Through the ten commandments the rulers and the rich live, while the poor suffer and die. 8. The lamb is the poor people, the lion is the rulers**

**and the rich, and through Love, Truth, Peace, Freedom, and Justice all men are one and equal to seek their own destiny; and to worship under their own vine and fig tree. After the principles of the holy and divine laws of their forefathers. 9. All nations of the earth in these modern days are seeking peace, but there is but one true and divine way that peace may be obtained in these days, and it is through Love, Truth, Peace, Freedom, and Justice being taught universally to all nations, in all lands.**

## CHAPTER XLVII
## EGYPT, THE CAPITAL EMPIRE OF THE DOMINION OF AFRICA

**1. The inhabitants of Africa are the descendants of the ancient Canaanites from the land of Canaan. 2. Old man Cush and his family are the first inhabitants of Africa who came from the land of Canaan. 3. His father Ham and his family were second. Then came the word Ethiopia, which means the demarcation line of the dominion of Amexem, the first true and divine name of Africa. The dividing of the land between the father and the son. 4. The dominion of Cush, North-East and South-East Africa and North-West and South-West was his father's dominion of Africa. 5. In later years many of their bretheren from Asia and the Holy Lands joined them. 6. The Moabites from the land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite, and Amorite bretheren who sojourned from the land of Canaan seeking new homes. 7. Their dominion and inhabitation extended from North-East and South-West Africa, across great Atlantis even unto the present North, South, and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean. 8. The River Nile was dredged and made by the ancient Pharaohs of Egypt, in order to trade with the surrounding kingdoms. Also the Niger river was dredged by the great Pharaoh of Egypt in those ancient days for trade, and it extends eastward from the River Nile, westward across the great Atlantic. It was used for trade and transportaion. 9. According to all true and divine records of the human race there is no negro, black, or colored race attached to the human family, because all the inhabitants of Africa were and are of the human race, descendants of the ancient Canaanite nation from the holy land of Canaan. 10. What your ancient forefathers were, you are today without doubt or contradiction. 11. There is no one who is able to change man from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself. 12. These holy and divine laws are from the Prophet, Noble Drew Ali, the founder of the uniting of the Moorish Science Temple of America. 13. These laws are to be strictly preserved by the members of all the Temples, of the Moorish Science Temple of America. That they will learn to open their meeting and guide it according to the principles of Love, Truth, Peace, Freedom and Justice. 14. Every subordinate Temple of the Grand-Major Temple is to form under the covenant of Love, Truth, Peace, Freedom and Justice; and to**

**create their own laws and customs, in conjunction with the laws of the Holy Prophet and the Grand Temple. I, the Prophet, Noble Drew Ali, was sent by the great God, Allah, to warn all Asiatics of America to repent from their sinful ways; before that great and awful day that is sure to come. 15. The time has come when every nation must worship under its own vine and fig tree, and every tongue must confess his own. 16. Through sin and disobedience every nation has suffered slavery, due to the fact that they honored not the creed and principles of their forefathers. 17. That is why the nationality of the Moors was taken away from them in 1774 and the word negro, black and colored, was given to the Asiatics of America who were of Moorish descent, because they honored not the principles of their mother and father, and strayed after the gods of Europe of whom they knew nothing.**

## CHAPTER XLVIII
## THE END OF TIME AND THE FULFILLING OF THE PROPHESIES

**1. The last Prophet in these days is Noble Drew Ali, who was prepared divinely in due time by Allah to redeem men from their sinful ways; and to warn them of the great wrath which is sure to come upon the earth. 2. John the Baptist was the forerunner of Jesus in those days, to warn and stir up the nation and prepare them to receive the divine creed which was to be taught by Jesus. 3. In these modern days there came a forerunner of Jesus, who was divinely prepared by the great God-Allah and his name is Marcus Garvey, who did teach and warn the nations of the earth to prepare to meet the coming Prophet; who was to bring the true and divine Creed of Islam, and his name is Noble Drew Ali who was prepared and sent to this earth by Allah, to teach the old time religion and the everlasting gospel to the sons of men. That every nation shall and must worship under their own vine and fig tree, and return to their own and be one with their Father God-Allah. 4. The Moorish Science Temple of America is a lawfully chartered and incorporated organization. Any subordinate Temple that desires to receive a charter; the prophet has them to issue to every state throughout the United States, etc. 5. That the world may hear and know the truth, that among the descendants of Africa there is still much wisdom to be learned in these days for the redemption of the sons of men under Love, Truth, Peace, Freedom, and Justice. 6. We, as a clean and pure nation descended from the inhabitants of Africa, do not desire to amalgamate or marry into the families of the pale skin nations of Europe. Neither serve the gods of their religion, because our forefathers are the true and divine founders of the first religious creed, for the redemption and salvation of mankind on earth. 7. Therefore we are returning the Church and Christianity back to the European Nations, as it was prepared by their forefathers for their earthly salvation. 8. While we, the Moorish Americans are returning to Islam, which was founded by our forefathers for our earthly and divine salvation. 9. The covenant of the great God-Allah: "Honor they father and they mother that thy days may be longer upon the earth land, which the Lord thy God, Allah**

**hath given thee!" 'The Holy Koran Of The Moorish Science Temple Of America' 10. Come all ye Asiatics of America and hear the truth about your nationality and birthrights, because you are not negroes. Learn of your forefathers ancient and divine Creed. That you will learn to love instead of hate. 11. We are trying to uplift fallen humanity. Come and link yourselves with the families of nations. We honor all the true and divine prophets.**

*********ALL RIGHTS RESERVED AS THE SUCCESSORS TO THE PME- THE LOVE EL ADMINISTRATION*********

## HAINES VS KERNER AS A STANDARD FOR PLAINTIFF'S SUIT

Much like the Petitioner, Francis Haines, Your Affiant is not licensed to practice law but should not be barred from because Your Affiant is a Abraham Lincoln type of Lawyer who is familiar and articulate enough with the procedure to make the Record. After witnessing the lawfare against President-Elect Donald J. Trump it is clearly evidence that the fake news media was weaponized against him because he dared to go against a system that did everything in its power (including but not limited to attempting to bankrupt him, falsely charging him to imprison him, to assassinate him) silence him revealing everything the is wrong when the government becomes out of touch with the People who they were appointed to serve.

Your Affiant has too experienced the Tyrannical aspects of this Court system much like President-Elect Donald J. Trump and have written a book about said experience which occurred before the Trump Presidency. Your Affiant therefore demands that the defendants pay $25,000,000.00 to make Your Affiants whole.

Affiant further sayeth not,

**Lyonel Love EL**
UCC -1- 308, UCC -1-207 ALL RIGHTS RESERVED